# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CRISS MCELDRIDGE CLAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case. No. 20-3220-SAC |
| | ) |
| **GAEL, ESPARZA,** *et al.***,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## MOTION FOR LEAVE TO FILE CONVENTIONALLY EXHIBITS TO DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EMERGENCY PRELIMINARY INJUNCTION

Comes now, Natasha M. Carter, Assistant Attorney General, Counsel for Defendants Gael Esparza and Dan Schnurr and submits this Motion for Leave to File Conventionally Exhibits to the Response in Opposition to Plaintiff's Motion for Emergency Preliminary Injunction. (Doc. 4). In support of this Motion, Counsel states as follows:

1. The digital volume of the videos in Exhibit 3-B, seven videos of plaintiff on the days of the incident in question, is over 1.5 gigabytes in size. The limitations on the agency's internet capability are less than would be required to file these videos with the Court electronically.

2. For the above reason it would not be feasible for Counsel to file the videos of the events complained of electronically.

3. For security reasons plaintiff will not be allowed to possess a copy of the DVD media disc, but should the case survive screening, plaintiff will be allowed to view the content upon reasonable notice at a reasonable time.

The Court is respectfully requested to allow Counsel to file the seven videos in Exhibit 3-B to Defendants' Response in Opposition to Plaintiff's Motion for Emergency Preliminary Injunction in a conventional form rather than electronically.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT

s/ Natasha M. Carter
Natasha M. Carter, KS No. 26074
Assistant Attorney General
Memorial Building, 2nd Floor
120 SW 10th Avenue,
Topeka, Kansas, 66612-1597
Phone: (785) 296-2215
Fax: (785) 291-3767
Email: natasha.carter@ag.ks.gov
*Attorney for Defendants Gael Esparza and Dan Schnurr*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2020, the above and foregoing was filed with the clerk of the court by using the CM/ECF system and that a copy of the above was served via first-class mail, postage prepaid to:

Criss Clay, #102093
Hutchinson Correctional Facility
PO Box 1568
Hutchinson, KS 67504
Plaintiff, Pro Se

s/ Natasha Carter
Natasha M. Carter
Assistant Attorney General