IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CRISS McELDRIDGE CLAY,**

    **Plaintiff,**

    v.                                                        **CASE NO. 20-3220-SAC**

**GAEL ESPARZA, et al.,**

    **Defendants.**

### ORDER

Plaintiff filed this *pro se* civil rights case under 42 U.S.C. § 1983. The Court granted Plaintiff leave to proceed *in forma pauperis*. This matter is before the Court on Plaintiff's Motion to Add Supporting Material (Doc. 7); Plaintiff's Motion to Add to Claims (Doc. 8); Plaintiff's Motion to Amend Docket (Doc. 9); Defendants' Motion to File Documents Under Seal (Doc. 10); and Defendants' Motion for Leave to File Conventionally Exhibits to Defendants' Response in Opposition to Plaintiff's Motion for Emergency Preliminary Injunction (Doc. 11).

Plaintiff's motion to add supporting material seeks to add an attachment consisting of the KDOC's Offender Guide to Sexual Assault Prevention. The Court grants the motion and Doc. 7 shall be considered as a supplement to Plaintiff's Motion for Emergency Preliminary Injunction at Doc. 4. Plaintiff's motion to add claims seeks to add a claim for intentional infliction of emotional distress. Because claims must be added by way of a proper amended complaint, the Court denies the motion without prejudice to Plaintiff adding the claim by way of an amended complaint. Plaintiff's motion to amend docket information seeks to amend the docket to correct the name of Defendant Pam Shockatee to Pam Shopteese. The Court will grant the motion and direct the Clerk to correct Defendant's name on the docket.

Defendants seek to file Exhibit 3-A and Exhibit 3-B under seal. The exhibits contain an

investigative report and security videos which would pose a security risk if viewed by inmates. Defendants assert that Plaintiff will not be given a copy of these exhibits unless Plaintiff's Complaint survives screening, at which point the Plaintiff would be allowed to view the content of the security videos upon reasonable notice at a reasonable time.  For good cause shown the Court grants the motion.  The Defendants also seek to file Exhibit 3-B conventionally.  This exhibit consists of seven videos of Plaintiff on the days of the incident in question.  Defendants assert that the videos need to be filed conventionally due to limitations on the agency's internet capability. For good cause shown the Court grants the motion.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Add Supporting Material (Doc. 7) is **granted.**

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion to Add to Claims (Doc. 8) is **denied without prejudice.**

**IT IS FURTHER ORDERED THAT** Plaintiff's Motion to Amend Docket (Doc. 9) is **granted.**   The Clerk is directed to change the name of Defendant Pam Shockatee to Pam Shopteese.

**IT IS FURTHER ORDERED THAT** Defendants' Motion to File Documents Under Seal (Doc. 10) is **granted.**   Defendants are granted leave to file Exhibits 3-A and 3-B under seal.

**IT IS FURTHER ORDERED THAT** Defendants' Motion for Leave to File Conventionally Exhibits to Defendants' Response in Opposition to Plaintiff's Motion for Emergency Preliminary Injunction (Doc. 11) is **granted.**  Defendants are granted leave to file Exhibit 3-B conventionally.

**IT IS SO ORDERED.**

**Dated September 15, 2020, in Topeka, Kansas.**

                                                  **s/ Sam A. Crow**
                                                  **SAM A. CROW**
                                                  **U. S. Senior District Judge**